UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anna R. Holl, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Capreit Residential Management, LLC,<br><br>    Defendant. | Case No. 18-cv-0590 (WMW/HB)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation of Dismissal With Prejudice (Dkt. 23), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:   October 26, 2018              s/Wilhelmina M. Wright
                                       Wilhelmina M. Wright
                                       United States District Judge