# UNITED STATES DISTRICT COURT
## District of Minnesota

Anna R. Holl, on behalf of herself and all others similarly situated,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.                                                      Case Number: 18-cv-590 (WMW/HB)

Capreit Residential Management, LLC,

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above matter is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

Date: 10/26/2018                                    KATE M. FOGARTY, CLERK

                                                    s/M. Price
                                                (By)   M. Price, Deputy Clerk